

# NUMBER 13-18-00303-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE RANDALL BOLIVAR

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Per Curiam Order

Relator Randall Bolivar, proceeding pro se, filed a petition for writ of mandamus in the above cause on June 13, 2018. Through this original proceeding, relator contends that he is entitled to mandamus relief voiding a warrant. This matter arises from trial court cause number 06-CRF-0501 in the 105th District Court of Kleberg County, Texas. The Court requests that the State of Texas, acting by and through the District Attorney of Kleberg County, Texas, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
18th day of June, 2018.